IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

©Blane-Corey:DeSantis™, Plaintiff,
Executor and Beneficiary of the ©BLANE COREY DESANTIS TRUST™ and The DeSantis Empire Trust™,
Principal Secured Party Creditor, Living Man Jus Soli Sui Juris

v.

CITY OF CHENEY, a municipal corporation,
Defendant.

Case No. 2:25-cv-00285-MKD

VERIFIED FEDERAL CIVIL RIGHTS COMPLAINT

Plaintiff ©Blane-Corey:DeSantis™, appearing in propria persona, brings this Verified Federal Civil Rights Complaint against Defendant City of Cheney for violations of constitutional, commercial, and contractual rights. This action arises from the unlawful disconnection of utility services after Plaintiff lawfully tendered payment using an Accepted for Value (A4V) method under UCC 3-603. Defendant further engaged in coercion, commercial dishonor, and child endangerment in violation of federal law.

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343 (civil rights), and Article III of the

U.S. Constitution.

2. Venue is proper in this District under 28 U.S.C. § 1391 because the events giving rise to these claims occurred in Cheney, Washington.

3. Plaintiff is a living man, domiciled in Washington, operating in proprietary capacity as Executor and Beneficiary of a private trust.

4. Defendant City of Cheney is a municipal corporation responsible for the administration of public utilities and policies within Cheney, Washington.

5. On or about July 9, 2025, Plaintiff tendered full payment of a utility bill to the City of Cheney using a lawful A4V instrument under UCC 3-603.

6. Despite proper submission and receipt of tender, the City shut off utility services without providing lawful cause, valid rejection, or hearing.

7. A child, Plaintiff's daughter, was present in the home during the shutoff, causing emotional distress and potential endangerment.

8. Plaintiff was coerced to pay $40 under duress to restore services, under threat of continued deprivation.

9. City employees posted defamatory statements implying Plaintiff had failed to pay, despite evidence to the contrary.

10. These actions were taken in retaliation for Plaintiff's lawful SPC status and commercial process.

COUNT I – Violation of 42 U.S.C. § 1983

11. Defendant acted under color of state law to deprive Plaintiff of property without due process.

COUNT II – Violation of 42 U.S.C. § 1981
12. Plaintiff was denied the equal right to contract and maintain a utility account based on political or status discrimination.

COUNT III – Commercial Dishonor (UCC 3-603)
13. Defendant refused lawful tender without protest or rebuttal, dishonoring commercial obligations.

COUNT IV – Fraudulent Dishonor (UCC 3-305)
14. Defendant accepted the document and then proceeded as if no payment was made, a fraudulent act.

COUNT V – Coercion, Extortion, and Child Endangerment
15. Defendant forced additional payment under threat and exposed Plaintiff's minor child to unsafe living conditions.

COUNT VI – Defamation and Libel
16. Defendant made false public claims damaging Plaintiff's reputation regarding failure to pay.


WHEREFORE, Plaintiff demands judgment against Defendant as follows:
(a) Compensatory damages of $2,500,000;
(b) Punitive damages of $5,000,000;
(c) Declaratory judgment confirming the dishonor and rights violations;
(d) Injunctive relief preventing future utility shutoffs based on commercial discrimination;
(e) Any other relief deemed just and proper.

Respectfully submitted,

*[signature: By ©Blane-Corey:DeSantis™ U.C.C. 1-308 Without Prejudice]*

©Blane-Corey:DeSantis™, U.C.C. 1-308, Without Prejudice
Living Man, Jus Soli, Sui Juris
Executor and Beneficiary of the ©BLANE COREY DESANTIS TRUST™ and The DeSantis Empire Trust™
Principal Secured Party Creditor; Holder in Due Course
Power of Attorney-in-Fact
All Rights Reserved, Non-Assumpsit.

Date: July 19, 2025