AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

**Oct 23, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Blane Corey DeSantis,<br>*Plaintiff*<br>v.<br><br>City of Cheney,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No. 2:25-cv-00285-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  DISMISSED WITHOUT PREJUDICE for failing to pay the filing fee.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Mary K. Dimke

Date:  October 23, 2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*